1

2

3

4

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  KAREN MARTIN,                        1:08-cv-01058-WMW (HC)

12          Petitioner,                  ORDER GRANTING MOTION
                                         TO PROCEED IN FORMA PAUPERIS
13      vs.
                                         (DOCUMENT #2)
14  TINA HORNBEAK,

15          Respondent.
    _____/

16

17          Petitioner is a state prisoner proceeding with a petition for writ of habeas corpus pursuant to

18  28 U.S.C. § 2254.

19          Petitioner has filed a motion to proceed in forma pauperis.   Examination of this document

20  reveals that petitioner is unable to afford the costs of this action.  Accordingly, the motion to proceed

21  in forma pauperis is GRANTED.  See 28 U.S.C. § 1915.

22  IT IS SO ORDERED.

23  **Dated:    July 28, 2008**            _____/s/  **William M. Wunderlich**_____
                                           UNITED STATES MAGISTRATE JUDGE
24

25

26

27

28