IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **KAREN MARTIN,**<br><br>                              Petitioner,<br><br>        v.<br><br>**TINA HORNBEAK, WARDEN,**<br><br>                              Respondent. | 1: 08 CV 01058 WMW HC<br><br>**ORDER** GRANTING EXTENSION OF TIME<br><br>(DOC# 22) |

   Respondent has requested a thirty (30) day extension of time in which to file Respondent's reply to Petitioner's opposition to Respondent's motion to dismiss filed November 14, 2008. GOOD CAUSE APPEARING, Respondent is granted an extension of time to and including December 25, 2008, in which to file Respondent's reply to Petitioner's opposition to Respondent's motion to dismiss.

IT IS SO ORDERED.

**Dated:     December 9, 2008**              /s/  William M. Wunderlich
                                             UNITED STATES MAGISTRATE JUDGE